AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Angus Chen <br><br> *Plaintiff(s)* <br> v. <br> A & L of NY Corp d/b/a Izakaya Toribar, Scott Lee, Frank Ahn, John Doe Ahn <br><br> *Defendant(s)* | Civil Action No. 22 Civ. 3139 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frank Ahn
c/o A & L NY Corp d/b/a Izakaya Toribar
164 East 56th Street
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanvir Rahman
Rahman Law P.C.
477 Madison Avenue, 6th Floor
New York, NY 10022
212.920.4096
thr@rahmanlawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  April 18, 2022                              /S/  S.  James
*Signature of Clerk or Deputy Clerk*